# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-1220
_____

Victor Dannon; Barbara Dannon

*Appellant*s

v.

Commissioner of Internal Revenue

*Appellee*

_____

Appeal from The United States Tax Court

_____

Submitted: September 5, 2014
Filed: September 10, 2014
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Victor and Barbara Dannon appeal the decision of the tax court[1] upholding the Commissioner's assessment of income tax deficiencies and penalties for the 2008 tax year. Following careful review of the record and the parties' briefs, see DKD Enter.

---

[1]The Honorable David Gustafson, United States Tax Court Judge.

<u>v. C.I.R.</u>, 685 F.3d 730, 734 (8th Cir. 2012) (tax court's legal conclusions are reviewed de novo and its factual findings for clear error; all deductions are matters of legislative grace, and unless claimed deductions come clearly within scope of statute, they are not to be allowed), we find the taxpayers' arguments to be meritless or waived.  Accordingly, we affirm the judgment of the tax court.  <u>See</u> 8th Cir. R. 47B.

_____